Michael F. Loughman v. Brown Brothers, Incorporated.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George W. Walker v. Anna Dressler.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Justus N. Williams v. Reno R. Billington.— Motion denied, without costs, without prejudice to an application at Special Term on notice to reinstate injunction and to reappoint receiver.   Order to· be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. .

The People of 'the State of New York v. P. Friedman.— Motion granted so far as to allow appellant to perfect his appeal and serve his points so that the case can be on the calendar by the thirteenth of May.   Unless the record and points are filed within the time allowed, the motion to open the default will stand denied.   Order to be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. .

In the Matter of Martin J. Earley.   In the Matter of Martin J. Earley, Jr.— Referred to official referee.   Orders to be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Moses Weill.— Referred to official referee.   Order to be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. 

Eliza J. Rathbun v. John E. Rathbun.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Bronx Boulevard.— Motion granted unless appellant complies with terms stated in order.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

, Grace E. Lewis v. Charles de K. Townsend and Others.   (2 cases.)— Motions denied, with ten dollars costs, on authority of *Leake* v. *Hartman* (137 App. Div. 451; affd. on opinion below, 202 N. Y. 605).